| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| EASTERN DISTRICT OF KENTUCKY | | |
| Case number *(if known)* _____ | Chapter | **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Lexington Hospitality Group LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**DBA  Clarion Hotel Conference Center South**

**3. Debtor's federal Employer Identification Number** (EIN)    **47-5037708**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5532 Athens Boonesboro Road** **Lexington, KY 40509** | **P.O. Box 6091** **Aurora, IL 60598-6091** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fayette** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    **www.clarionhotellexingtonky.com**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Lexington Hospitality Group LLC** _____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| _____ | | _____ | |
| District | When | Case number, if known | |
| _____ | _____ | _____ | |

Debtor **Lexington Hospitality Group LLC** _____ Case number (_if known_) _____
Name

**11. Why is the case filed in _this district?_**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Lexington Hospitality Group LLC**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August  3, 2017**
MM / DD / YYYY

X **/s/ Kenneth Moore/Janee Hotel Corporation**     **Kenneth Moore/Janee Hotel Corporation**
Signature of authorized representative of debtor     Printed name

Title  **Manager**

**18. Signature of attorney**

X **/s/ Laura Day DelCotto**     Date **August  3, 2017**
Signature of attorney for debtor     MM / DD / YYYY

**Laura Day DelCotto**
Printed name

**DelCotto Law Group PLLC**
Firm name

**200 North Upper St.**
**Lexington, KY 40507**
Number, Street, City, State & ZIP Code

Contact phone  **(859) 231-5800**     Email address

Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Lexington Hospitality Group LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 3, 2017**         X **/s/ Kenneth Moore/Janee Hotel Corporation**
                                           Signature of individual signing on behalf of debtor

                                           **Kenneth Moore/Janee Hotel Corporation**
                                           Printed name

                                           **Manager**
                                           Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Lexington Hospitality Group LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bookman Electrical Services Inc<br>3341 Lansdowne Drive<br>Lexington, KY 40502 | | Vendor | Disputed | | | $104,441.54 |
| C-Worth Superstore Inc<br>1403 Versailles Road<br>Lexington, KY 40504 | | Vendor | | | | $215,356.08 |
| Choice Hotels International<br>KY204-02<br>P.O. Box 99992<br>Chicago, IL 60696-7792 | | Franchisor Fees | | | | $15,074.09 |
| Clay Ingels Company LLC<br>P.O. Box 2120<br>Lexington, KY 40588 | | Vendor | | | | $7,902.49 |
| Collins Fire Protection<br>1054 Brentwood Court<br>Lexington, KY 40511 | | Vendor | | | | $53,391.83 |
| Drinkswell Services Inc<br>1201 Story Ave Suite 128<br>Louisville, KY 40206 | | Vendor | Disputed | | | $12,722.99 |
| Dunn & Tackett Glass LLC<br>4242 Geaogetoen Road<br>Lexington, KY 40511 | | Vendor | | | | $18,525.75 |

Debtor **Lexington Hospitality Group LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Graham Interiors Inc.**<br>1975 Harrodsburg Road<br>Lexington, KY 40503 | | **Vendor** | | | | $12,300.00 |
| **Jerome Smyser**<br>4422 Eagles Cove Ct<br>Louisville, KY 40241 | | **Vendor** | **Disputed** | | | $155,000.00 |
| **Ken Tyson Plumbing**<br>228 Industrial Pkwy<br>Nicholasville, KY 40356 | | **Vendor** | | | | $119,072.19 |
| **Kentucky State Treasurer**<br>1050 US Highway 127 South<br>Suite 100<br>Frankfort, KY 40601 | | **Taxes** | | | | $36,877.61 |
| **Kentucky Utilities**<br>One Quality Street<br>Lexington, KY 40507 | | **Utility** | | | | $11,392.27 |
| **LexServ City Services**<br>P.O. Box 742636<br>Cincinnati, OH 45274-2636 | | **Utility** | | | | $34,972.59 |
| **LFUCG Department of Law**<br>200 E. Main St.<br>Lexington, KY 40507 | | **Fayette Co. License Fee/Net Profits Tax** | | | | $23,857.55 |
| **Lumber King Inc-WC**<br>P.O. Box 10<br>Southfork Center<br>Whitley City, KY 42653 | | **Vendor** | | | | $29,864.49 |
| **M&P Morgan & Pottinger**<br>133 West Short Street<br>Lexington, KY 40507 | | **Legal services** | | | | $12,606.67 |
| **Nexgen Building Supply**<br>P.O. Box 6165<br>Carol Stream, IL 60197 | | **Vendor** | | | | $7,172.26 |
| **Smithers Sign Co.**<br>1413 Versailles Road<br>Lexington, KY 40504 | | **Vendor** | | | | $25,481.56 |

| Debtor | **Lexington Hospitality Group LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tomarket Global Inc.**<br>**1131 Enterprise Dr. Ste 5**<br>**Oklahoma City, OK 73128** | | **Vendor** | **Disputed** | | | $19,492.05 |
| **US Foods**<br>**P.O. Box 98761**<br>**Chicago, IL 60693-8761** | | **Vendor** | | | | $7,641.17 |

# United States Bankruptcy Court
### Eastern District of Kentucky

In re **Lexington Hospitality Group LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **5532 Athens LLC**<br>**160 W. Canyon Crest Road**<br>**Alpine, UT 84004** | **Member** | **50%** | **Member** |
| **Dubrs Investment Ltd.**<br>**300 Cedar Elm Ct.**<br>**Irving, TX 75063-8465** | **Member** | **5%** | **Member** |
| **Janee Hotel Corporation**<br>**P.O. Box 6091**<br>**Aurora, IL 60598-6091** | **Member** | **40%** | **Member** |
| **Mitul Patel**<br>**One Alliance Center**<br>**3500 Lennox Road**<br>**Suite 625**<br>**Atlanta, GA 30326** | **Member** | **5%** | **Member** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 3, 2017**

Signature **/s/ Kenneth Moore/Janee Hotel Corporation**
**Kenneth Moore/Janee Hotel Corporation**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   **Lexington Hospitality Group LLC**                                     Case No.
                            Debtor(s)                                           Chapter    **11**

## VERIFICATION OF MAILING LIST MATRIX

I, the Manager of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __6__ page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:   **August  3, 2017**                        **/s/ Kenneth Moore/Janee Hotel Corporation**
                                                   **Kenneth Moore/Janee Hotel Corporation**/**Manager**
                                                   Signer/Title

I, _____**Laura Day DelCotto**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __6__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:   **August  3, 2017**                        **/s/ Laura Day DelCotto**
                                                   Signature of Attorney
                                                   **Laura Day DelCotto**
                                                   **DelCotto Law Group PLLC**
                                                   **200 North Upper St.**
                                                   **Lexington, KY 40507**
                                                   **(859) 231-5800   Fax: (859) 281-1179**

All Trade Services, Inc.
c/o Steven F. Vicroy, Esq.
Murphy & Vicroy, PLLC
250 W Main St., Ste 2120
Lexington KY 40507


Bookman Electrical Services Inc
3341 Lansdowne Drive
Lexington KY 40502


C-Worth Superstore Inc
1403 Versailles Road
Lexington KY 40504


Caterease
801 Orchide Drive
Naples FL 34102


Choice Hotels International KY204-02
P.O. Box 99992
Chicago IL 60696-7792


Clay Ingels Company LLC
P.O. Box 2120
Lexington KY 40588


Collins Fire Protection
1054 Brentwood Court
Lexington KY 40511


Columbia Gas of Kentucky
P.O. Box 14241
Lexington KY 40512


Comfort Heating and Air
Suite 110
2424 Palumbo Drive
Lexington KY 40509


CommTrak
17493 Nassau Commons
Lewes DE 19958

Craveable Brands, LLC
5151 Beltline Road
Suite 300
Dallas TX 75254


Crosspointe Interactive
1232 Chevington Chase
Tipp City OH 45371


Dogwood Hotels, LLC
89 Daniel Boone Drive
Barbourville KY 40609


Drayer Spurlock
Napier & Associtaes, P.S.C.
300 W. Fifth St.
P.O. Box Drawer 5087
London KY 40744-5000


Drayer Spurlock, Esq.
Napier & Associates, P.S.C.
300 W. Fifth Street
P.O. Drawer 5087
London KY 40745


Drinkswell Services Inc
1201 Story Ave
Suite 128
Louisville KY 40206


Dunn & Tackett Glass LLC
4242 Geaogetoen Road
Lexington KY 40511


Executive Supply, LLC
10501 Taconic Terrace
Cincinnati OH 45215


GFS Central States, LLC
342 Gordon Industrial Drive
Shepherdsville KY 40165


Graham Interiors Inc.
1975 Harrodsburg Road
Lexington KY 40503

```
GreenBox/Coleman Smith
2430 Palumbo Drive
Suite 140
Lexington KY 40509


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


Janee Hotel Corporation
P.O. Box 6091
Aurora IL 60598-6091


Jani-King Lexington Region
609 Reliability Circle
Knoxville TN 37932


Jerome Smyser
4422 Eagles Cove Ct
Louisville KY 40241


Johnson Landscaping Materials, LLC
167 South Forbes Road
Lexington KY 40511


Ken Tyson Plumbing
228 Industrial Pkwy
Nicholasville KY 40356


Kenneth Moore
P.O. Box 6091
Aurora IL 60598-6091


Kentucky American Water
P.O. Box 790247
Saint Louis MO 63179-0247


Kentucky Department of Revenue
501 High Street
Frankfort KY 40601-2103


Kentucky Hospitality, LLC
P.O. Box 2832
Louisville KY 40201
```

Kentucky State Treasurer
1050 US Highway 127 South
Suite 100
Frankfort KY 40601


Kentucky Utilities
One Quality Street
Lexington KY 40507


Lamar Companies
P.O. Box 96030
Baton Rouge LA 70896


LexServ City Services
P.O. Box 742636
Cincinnati OH 45274-2636


Lexyl Travel Technologies
DBA Hotel Planner
P.O. Box 645458
Pittsburgh PA 15264-5452


LFUCG
Department of Law
200 E. Main St.
Lexington KY 40507


Lumber King Inc-WC
P.O. Box 10 Southfork Center
Whitley City KY 42653


M&P Morgan & Pottinger
133 West Short Street
Lexington KY 40507


Market America, LLC
Travel Coupons
P.O. Box 7219
Gadsden AL 35906


Martin B. Tucker, Esq.
Dinsmore & Shohl LLP
250 West Main St., Ste 1400
Lexington KY 40507

Monee Moore Williams
P.O. Box 6091
Aurora IL 60598-6091


Nexgen Building Supply
P.O. Box 6165
Carol Stream IL 60197


Parks & Recreation - LFUCG
469 Parkway Drive
Lexington KY 40504


Private Capital Group Inc.
160 W. Canyon Crest Road
Alpine UT 84004


Pure Force
P.O. Box 32027
New York NY 10087-2027


Reginald L. Thomas
P.O. Box 1704
Lexington KY 40588


Republic Services
451 Conway Court
Lexington KY 40511


Selma's Catering
720 Henry Clay Blvd
Lexington KY 40505


Smithers Sign Co.
1413 Versailles Road
Lexington KY 40504


Swim Pro Supply
628 Kennedy Road
Lexington KY 40511


Terminex
3455 Centerpoint Drive
Suite C
Urbancrest OH 43223

```
Time Warner
P.O. Box 1060
Carol Stream IL 60132-1060


Tomarket Global Inc.
1131 Enterprise Dr.
Ste 5
Oklahoma City OK 73128


Tyco
P.O. Box 371967
Pittsburgh PA 15250-7967


Uniguest
P.O. Box 306255
Nashville TN 37230-6225


US Foods
P.O. Box 98761
Chicago IL 60693-8761
```

# United States Bankruptcy Court
## Eastern District of Kentucky

In re  **Lexington Hospitality Group LLC**                                      Case No.
Debtor(s)                                                                        Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Lexington Hospitality Group LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**5532 Athens LLC**
**160 W. Canyon Crest Road**
**Alpine, UT 84004**

**Janee Hotel Corporation**
**P.O. Box 6091**
**Aurora, IL 60598-6091**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August  3, 2017** | **/s/ Laura Day DelCotto** |
| Date | **Laura Day DelCotto** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Lexington Hospitality Group LLC** |
| | **DelCotto Law Group PLLC** |
| | **200 North Upper St.** |
| | **Lexington, KY 40507** |
| | **(859) 231-5800 Fax:(859) 281-1179** |